ANONYMOUS.

*Petitions must be sworn to.*

MR. BOGARDUS presented his own petition, as solicitor in a cause, relating to facts which had been stated in other proceedings in the cause; but the petition was not sworn to.

1824.
March 24.

*Practice.*

1824.      THE COURT thought that there should be no exception to the rule, that all petitions, grounded on facts not immediately before the court, are to be verified by oath.